UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| James Cravens, ) | Case No. 2:12-cv-0119 |
| ) | Judge Sharp |
| Plaintiff, ) | Magistrate Judge Knowles |
| ) | |
| v. ) | |
| ) | |
| Tony Choate, Faye Smith, Dan Harding, ) | |
| Mark Parsons and Greg Hicks, ) | |
| ) | |
| Defendants ) | |

DENIAL OF ENTRY OF DEFAULT

Pending is Plaintiff's Motion/Petition for Default Judgment and Status of Case against Defendants (Docket Entry No. 13). The motion for default is denied for the reasons stated below.

Defendant Faye Smith filed an Answer on March 19, 2013 and default is inappropriate against her. Defendants Choate, Harding, Parsons, and Hicks filed a Motion for Extension of Time (Docket Entry No. 14) on March 21, 2103 and on March 22, 2013, the Court granted Defendants' motion (Docket Entry No. 15). Defendants were given until April 19, 2013, to respond to the Complaint against them. Accordingly, the Clerk declines to enter default. Plaintiff's motion is denied.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court

1