UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF
TENNESSEE

RECEIVED
IN CLERK'S OFFICE
APR 24 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

James Allen Cravens

v.

Case No. 2:12-00119

Frank Smith et. al.

**ORDER:**
**Motion denied.**

*E. Clifton Knowles*
U.S. Magistrate Judge

Joint
Motion/Petition

Comes now James Allen Cravens to ask this Honorable Court for lien's to be placed on the named defendants in this case, property and bank accounts, and their names to secure any *future* judgments in this case.

The names are: Tony Choate, Faye Smith, Dan Harding, Mark Parson and Greg Hicks.
All resident of Fentress County

James Allen Cravens # 437885
WCFA
PO Box 679
Whiteville, TN 38075

X *James Cravens*
James Allen Cravens, Pro se
Date 4/22/13

1