RECEIVED
IN CLERK'S OFFICE
JUL 10 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**ORDER:**
Motion Denied for failire to comply with Fed. R. Civ. P. 37(a)(1) and Local Rule 37.01.

*E. Clifton Knowles*
U.S. Magistrate Judge

James Allen Cravens

V

Tony Choate et al

2:12-0119

---

Motion To Compel Production Of Requested
Document From Tony Choate And
Default Status Against Choate

---

Documents were requested in April 2013. The defense has not requested an extension or made any objections concerning the requested documents. I would ask this court to find the Defendant Choate in Default and the requested relief.

Respectfully submitted,

*James Cravens*
James Allen Cravens
901 Jackson Avenue
Monterey, TN 38574

1