UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

**ORDER:**
Motion Denied for failire to comply with Fed. R. Civ. P. 37(a)(1) and Local Rule 37.01.

*E. Clifton Knowles*
U.S. Magistrate Judge

James Allen Cravens

V

Tony Choate et al

2:12-0119

Motion To Compel Production Of Requested
Document From Tony Choate And
Default Status Against Choate

Documents were requested in April 2013. The defense has not requested an extension or made any objections concerning the requested documents. I would ask this court to find the Defendant Choate in Default and the requested relief.

Respectfully submitted,

James Allen Cravens
901 Jackson Avenue
Monterey, TN 38574

1